

# Fourth Court of Appeals
## San Antonio, Texas

February 14, 2022

No. 04-22-00085-CV

**In re The Texas Department of Family and Protective Services**

Original Mandamus Proceeding[1]

**ORDER**

On February 3, 2022, the trial court signed an order entitled "Order Following Hearing Regarding Placement for the Child A.A." (the "February 3 order"). The February 3 order required the Department to take certain actions by 5 p.m. on February 4, 2022. On February 8, 2022, the trial court held a hearing concerning the child's placement. The trial court recessed the February 8 hearing until February 10, 2022. According to the Department, following the February 10, 2022 hearing, the trial court orally rendered an order requiring the Department to take certain actions within the next few days and set a hearing on February 18, 2022 at 2:30 p.m. to address compliance with the trial court's oral order.[2]

On February 11, 2022, relator filed a petition for writ of mandamus complaining of (1) the February 3 order and (2) the trial court's February 10 oral order. The Department also filed a motion asking this court to stay the February 3 order and "a stay of further orders regarding the creation of contracts or the payment of funds regarding this child's placement and services" and "a stay of any contempt proceedings, sanctions, or incarceration of Department representatives."

We GRANT the motion for temporary emergency relief as follows:

      1.    The trial court's "Order Following Hearing Regarding Placement for the Child A.A." rendered on January 31, 2022 and signed on February 3, 2022 is STAYED pending further order of this court.

      2.    Any further proceedings regarding the creation of contracts or the payment of funds regarding the child's placement and services are STAYED pending further order of this court.

---

[1] This proceeding arises out of Cause No. 2010-CI-00396, styled *In the Interest of A.A. and T.B., Children*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.

[2] Due to the trial court's short deadlines, relators have not been able to secure a written order or a transcript of the February 8 or February 10 hearings. In the interest of justice and the child's best interest, respondent, the Honorable Mary Lou Alvarez, is encouraged to sign a written order as soon as practicable.

3.   Any contempt proceedings, sanctions, or incarceration of Department representatives and any orders to incarcerate Department representatives arising from contempt proceedings in the underlying suit are STAYED pending further order of the court.

It is so **ORDERED** on February 14, 2022.

PER CURIAM

ATTESTED TO: _____
              Michael A. Cruz, Clerk of the Court